No. 84–1886. GARRETT v. ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 84–1887. CLOPPER v. MERRILL LYNCH RELOCATION MANAGEMENT, INC. C. A. 9th Cir. Certiorari denied.

No. 84–1888. MGPC, INC. v. DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 84–1889. MERWINE v. BOARD OF TRUSTEES FOR STATE INSTITUTIONS OF HIGHER LEARNING ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–1890. CARDINAL RESOURCES, INC. v. EDDIE STEAMSHIP CO., LTD., ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–1892. CICIRELLO v. NEW YORK TELEPHONE CO. C. A. 2d Cir. Certiorari denied.

No. 84–1893. LA-Z-BOY CHAIR CO. v. WORLD OF SLEEP, INC.; and
No. 85–64. WORLD OF SLEEP, INC. v. LA-Z-BOY CHAIR CO. ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 756 F. 2d 1467.

No. 84–1895. EDWARDS ET AL. v. HANNON, JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA; and SOWELLS ET AL. v. HANNON, JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 84–1896. QUICK ET AL. v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 84–1897. ROLLESTON v. SEA ISLAND PROPERTIES, INC., ET AL. Sup. Ct. Ga. Certiorari denied.

No. 84–1900. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–1908. ONEIDA INDIAN NATION OF WISCONSIN v. HOUDENOSAUNEE ET AL. C. A. 2d Cir. Certiorari denied.